# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THELMA WILLIAMS, JR                                                                                              PLAINTIFF
ADC #93197

V.                                       NO: 5:11CV00168 JMM/HDY

CURTIS MEINZER *et al.*                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE